IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| COLBY BAIRD and BYRUM KETRON, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. 5:20-cv-00191-F |
| RELIANCE OILFIELD SERVICES, LLC, | § § § § § | |
| Defendant. | | |

### ORDER APPROVING CONFIDENTIAL JOINT MOTION FOR APPROVAL OF SETTLEMENT

This matter has come before the Court on the Parties' Joint Motion for Approval of Settlement. Having read and considered the Motion and reviewed the Confidential Settlement Agreement between the Plaintiffs and Defendant, the Court hereby finds that the Confidential Settlement Agreement is fair and reasonable and approves the same.

Accordingly, the motion is GRANTED, and it is hereby ORDERED that the settlement of this matter is approved, the terms of which are incorporated herein by reference.

Signed, this 17th day of November, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0191p022.PO.docx